# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jermaine Spencer,

    Plaintiff,

          v.                              Case No. 1:14cv696

Donald Morgan, *et al.*,                    Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 21, 2016 (Doc. 100).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 100) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 100) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's second motion for preliminary injunctive relief (Doc. 75) is **DENIED**; Plaintiff's motions to amend/correct his complaint (Docs. 89 and 98) are **DENIED** consistent with the recommendation by the Magistrate Judge as untimely; Plaintiff's motion/pleas for the Court's assistance to stop retaliation and discrimination (Doc. 90) as construed as a third motion for preliminary injunctive relief, is also **DENIED**.

    **IT IS SO ORDERED.**

                                                  s/*Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge